UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP SINTA, et al.,

        Plaintiffs,                                     Civil Action No. 13CV-13040

vs.                                        HON. BERNARD A. FRIEDMAN

ORLANS ASSOCIATES, P.C., et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

This matter is presently before the Court on the Court's own review of the complaint. The Court previously dismissed a nearly identical complaint filed by the same plaintiffs last year because the complaint was a rambling, unintelligible diatribe over which the Court had no subject matter jurisdiction and because the Court was prohibited by the Rooker-Feldman doctrine from granting plaintiffs' request that the Court overturn a state court eviction order. *See Sinta v. Nationstar Mortgage, LLC*, 12-CV-12764 (E.D. Mich.) (Order of Dismissal filed June 27, 2012). Plaintiffs did not appeal. The complaint in the present case is nearly identical to the one dismissed previously. Some of the defendants have changed, but just as before plaintiffs are "sovereign natural citizens" who challenge defendants' efforts in a Michigan state court to obtain an eviction order in connection with mortgage foreclosure proceedings. The complaint is dismissed for the same reasons indicated in the Court's June 27, 2012, order of dismissal in 12-12764. If plaintiffs wish to challenge the eviction proceedings, they must do so in the state court where those proceedings are pending. If plaintiffs are dissatisfied with the decisions of that court, their remedy is to seek relief within the state court system. Accordingly,

IT IS ORDERED that the complaint in this matter is dismissed.


S/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated:  July 25, 2013
          Detroit, Michigan