UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP SINTA, et al.,

    Plaintiffs,                                  Civil Action No. 13-CV-13040

vs.                                        HON. BERNARD A. FRIEDMAN

ORLANS ASSOCIATES, P.C., et al.,

    Defendants.
_____/

## **ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION**

        Plaintiffs have file a motion for reconsideration of the Court's order of dismissal. The motion is denied because it fails to demonstrate that the Court's prior order was erroneous. In particular, plaintiffs fail to demonstrate why the Court's dismissal of a nearly identical lawsuit in 2012 is not res judicata as to the instant suit and why the instant suit is not barred by the Rooker-Feldman doctrine.

        SO ORDERED.


                                                  S/ Bernard A. Friedman_____
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Dated:  August 8, 2013
        Detroit, Michigan